**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liv Larsgard,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Michael Mendoza, et al.,<br><br>　　　　　Defendants. | No. CV12-8013-PCT-DGC<br><br>**ORDER** |

Plaintiff Liv Larsgard has filed a motion for extension of time to file her second amended complaint. Doc. 23. This case was originally filed on January 24, 2012. On March 9, 2012, Plaintiff filed her first amended complaint. Defendant Mendoza filed a motion to dismiss the amended complaint; the other Defendants filed a joinder to the Mendoza motion (Docs. 16, 17). Plaintiff failed to respond to the motions to dismiss and was ultimately ordered by the Court to file a response on or before July 6, 2012. On August 28, 2012, the Court granted in part and denied in part Defendants' motion to dismiss. The Court gave Plaintiff an opportunity to file a second amended complaint on or before September 7, 2012. On September 7, 2012, Plaintiff filed her motion for a 60 day extension of time to file her amended complaint.

**IT IS ORDERED** that Plaintiff's motion to extend time (Doc. 23) is **granted in part and denied in part**. Plaintiff shall file her second amended complaint on or before **October 12, 2012**. This case has been pending for nearly a year without any forward

progress.  **Therefore, the Court is not inclined to grant further extensions in this case absent truly extraordinary circumstances.**

Dated this 13th day of September, 2012.

*David G. Campbell*
United States District Judge