**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Liv H. Larsgard,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Mendoza, et al.,<br><br>    Defendant. | No. CV12-8013 PCT DGC<br><br>**ORDER** |

  Defendants have filed motions seeking clarification of which amended complaint they should answer. Docs. 31, 32. Plaintiff Liv H. Larsgard has filed two motions for appointment of counsel. Docs. 26, 30.

  The operative complaint in this case is the Second Amended Complaint filed on October 12, 2012. Doc. 25. That was the deadline set by the Court for filing an amended complaint. Doc. 24. The Second Amended Complaint filed on October 15, 2012 (Doc. 27), was untimely under the Court's order, was filed without leave of Court, and was filed pro per by a plaintiff who is represented by counsel in this case. Parties represented by counsel may not make pro per filings. *See Mullins v. Schriro*, No. CV-06-1148-PHX-NVW, 2008 WL 1805443, at *1 (D. Ariz., Apr. 18, 2008); *United States v. Kienenberger,* 13 F.3d 1354, 1356 (9th Cir.1994); LRCiv 83.3(c)(2).

  Plaintiff has filed two motions for appointment of counsel. Docs. 26, 30. They are denied because counsel has appeared for her in this case. *See* Docs. 25, 29.

**IT IS ORDERED:**

1. Defendants' motion for clarification (Doc. 31) is **granted.**

**2.** Plaintiff's motions for appointment of counsel (Docs. 26, 30) are **denied**.

Dated this 5th day of December, 2012.

_____
David G. Campbell
United States District Judge